MRS. EyéKayla My. Carruthers
3Washington (married)

I am putting on Record that all cases labled pending on the merits of page #8 To Be updated with all Demands of Suites also updated. I would like To grant the courts with I am indigent and Would like To proceed Pro-se And Forma-Pauperis Do to Being indigent Detainee. As copies of Prisoner ledger Shows proof of the factual evidence of Indigent Status. All pending cases are to be So Ordered To Be updated for the Reasonings of all open Merits. Under penalties for Perjury all Representation are True and my undersigned is verification to update all Pending Merit cases on Page #8 of this Notice of Contract.

MRS. EyéKeyla My. Carruthers
3Washington