Page #8

Eyekeyla Carruthers Washington
a/k/a Antwan Carruthers Washington #122404
c/o St Joseph County Jail
401 West Sample Street
South Bend, IN 46601

CONFIDENTIAL COPY

-FILED-
OCT 26 2022
At ______ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

cases starts with 3:22-CV-

Eyekeyla,

A CIVIL ACTION

Pending

322: CV- million (mil) Demands

- #1 503 RLM $ 2.5 million
- #2 515 DRL - 5 million
- #3 516 JD - 5 million
- #4 517 RLM - 2 million
- #5 529 - JD - 2 million
- #6 537 DRL - 2.5 million
- #7 538 JD - 2 million
- #8 544 RLM - 2.5 million
- #9 553 DRL - 1.5 million
- #10 562 RLM - 1.5 million
- #11 592 RLM - 4.2 million
- #12 593 DRL - 2.7 million
- #13 594 JD - 1.5 million
- #14 597 JD - 2.5 million
- #15 598 JD - 3 million
- #16 599 JD - 2 million
- #17 600 JD - 5 million
- #18 601 DRL - 500,000
- #19 602 DRL - 3 million
- #20 615 DRL - 2.5 million
- #21 618 DRL - $400,000
- #22 619 JD - 3.4 million
- #23 621 JD - 3 million
- #24 622 JD - 3 million
- #25 623 DRL - 5 million
- #26 634 RLM - 10 million
- #27 739 RLM - 10 million
- #28 740 JD - 10 million
- #29 741 DRL - 10 million
- #30 743 DRL - 10 million
- #31 744 JD - 10 million
- #32 745 DRL - 10 million
- #33 746 DRL - 10 million
- #34 747 DRL - 10 million
- #35 748 JD - 10 million
- #36 749 RLM - 10 million
- #37 750 JD - 10 million
- #38 752 RLM - 10 million
- #39 754 RLM - 10 million
- #40 755 RLM - 10 million
- #41 756 JD - 10 mil
- #42 757 JD - 10 mil
- #43 764 JD - 10 mil
- #44 767 JD - 10 mill
- #45 469 RLM - 10 mil
- #46 771 JD - 10 mill
- #47 772 DRL - 10 mil
- #48 798 JD - 10 mill
- #49 799 DRL - 900,000
- #50 800 JD - 10 mill
- #51 801 JD 10 mill
- #52 802 JD 10 mill
- #53 803 JD - 10 mil
- #54 804 JD - 10 mill
- #55 805 DRL - 1 mill
- #56 806 JD - 4 mill
- #57 807 JD - 900,000
- #58 808 JD - 900,000
- #59 809 DRL - 900,000
- #60 810 JD - 900,000

Thank You,

FACEBOOK BARNONE
EYEKEYLA WASHINGTON
TRANSGENDER:

FLIP OVER

#61 811 - JD $900,000
#62 812 JD - 900,000
#63 813 DRL - 500,000
#64 814 DRL - 900,000
#65 815 DRL - 500,000
#66 816 RLM - 900,000
#67 817 RLM - 900,000
#68 818 DRL - 900,000
#69 819 RLM - 900,000
#70 821 JD - 15,000,000
#71 825 RLM - 10 million
#72 635
#73 634
#74 637
#75 638
#76 639
#77 640
(#72–#77) dismissed
#78 641 - dismissed
#79 668 - dismissed
#80 420 - dismissed
#81 721 - dismissed
#82 722 - dismissed
#83 732 - dismissed
#84 712 - dismissed
#85 863 - RLM - 400,000
#86 864 - DRL - 10 million