-FILED-
OCT 26 2022
M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Resident Account Summary

All Transactions

"Eykeefa" M.J. Carruthers 3Washington

## Resident

| | |
|---|---|
| **Name:** | CARRUTHERS, ANTWAN MAURICE |
| **Booking ID:** | 122404 |
| **Resident Number:** | 122404 |
| **DOB:** | 12/9/1981 |
| **Status:** | Active |
| **Admit:** | 5/9/2022 |
| **Release:** | N/A |

## Funds

| Account | Beginning Balance | Ending Balance |
|---|---|---|
| **Trust:** | $0.00 | $0.00 |
| **Receivable Aggregate:** | $0.00 | $143.29 |

## Classifications

**Kosher :** No **Administrative Segregation :** No **Disciplinary Segregation :** No

**Suicide Watch :** No **Medical :** No

## Transactions

| Date/Time | Accounting Event | Description | Account | Amount | Trust | Debt |
|---|---|---|---|---|---|---|
| 8/17/2022 8:35:33 AM | Doctor Charge | POD VISIT 07/31/2022 | Receivable Aggregate | $15.00 | $0.00 | **$143.29** |
| 8/12/2022 10:02:13 AM | Envelope Charge | 5 LARGE | Receivable Aggregate | $10.00 | $0.00 | **$128.29** |
| 8/12/2022 10:01:24 AM | Copy Charge | 145 | Receivable Aggregate | $14.50 | $0.00 | **$118.29** |
| 8/12/2022 9:58:00 AM | Envelope Charge | 4 SMALL | Receivable Aggregate | $4.00 | $0.00 | **$103.79** |
| 8/12/2022 9:57:49 AM | Copy Charge | 196 | Receivable Aggregate | $19.60 | $0.00 | **$99.79** |
| 8/3/2022 12:56:33 PM | Copy Charge | 121 | Receivable Aggregate | $12.10 | $0.00 | **$80.19** |
| 7/29/2022 8:07:10 AM | Doctor Charge | DOCTOR/NURSE VISIT 07/25/2022 | Receivable Aggregate | $15.00 | $0.00 | **$68.09** |
| 7/29/2022 | Prescription Charge | RX X 2 07/25/2022 | Receivable | $35.00 | $0.00 | **$53.09** |

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 8:06:42 AM | | | Aggregate | | | |
| 7/29/2022 7:47:05 AM | Prescription Charge | RX X 1 07/18/2022 | Receivable Aggregate | $10.00 | $0.00 | **$18.09** |
| 7/20/2022 12:33:09 PM | Pay: Copy Charge | Pay: 7/20/2022 12:33:09 PM - Copy Charge - 130 COPIES 07/19/2022 | Trust | ($4.91) | **$0.00** | $8.09 |
| 7/20/2022 12:33:09 PM | Pay: Copy Charge | Pay: 7/20/2022 12:33:09 PM - Copy Charge - 130 COPIES 07/19/2022 | Receivable Aggregate | ($4.91) | $4.91 | **$8.09** |
| 7/20/2022 12:33:09 PM | Copy Charge | 130 COPIES 07/19/2022 | Receivable Aggregate | $13.00 | $4.91 | **$13.00** |
| 7/20/2022 12:22:50 PM | Pay: Stamp Charge | Pay: 7/20/2022 12:22:50 PM - Stamp Charge - 5 STAMPS 07/12/2022 | Trust | ($2.90) | **$4.91** | $0.00 |
| 7/20/2022 12:22:50 PM | Pay: Stamp Charge | Pay: 7/20/2022 12:22:50 PM - Stamp Charge - 5 STAMPS 07/12/2022 | Receivable Aggregate | ($2.90) | $7.81 | **$0.00** |
| 7/20/2022 12:22:50 PM | Stamp Charge | 5 STAMPS 07/12/2022 | Receivable Aggregate | $2.90 | $7.81 | **$2.90** |
| 7/20/2022 12:22:20 PM | Pay: Envelope Charge | Pay: 7/20/2022 12:22:20 PM - Envelope Charge - 5 SMALL ENVELOPES 07/12/2022 | Trust | ($5.00) | **$7.81** | $0.00 |
| 7/20/2022 12:22:20 PM | Pay: Envelope Charge | Pay: 7/20/2022 12:22:20 PM - Envelope Charge - 5 SMALL ENVELOPES 07/12/2022 | Receivable Aggregate | ($5.00) | $12.81 | **$0.00** |
| 7/20/2022 12:22:20 PM | Envelope Charge | 5 SMALL ENVELOPES 07/12/2022 | Receivable Aggregate | $5.00 | $12.81 | **$5.00** |
| 7/20/2022 12:21:56 PM | Pay: Copy Charge | Pay: 7/20/2022 12:21:56 PM - Copy Charge - 29 COPIES 07/12/2022 | Trust | ($2.90) | **$12.81** | $0.00 |
| 7/20/2022 12:21:56 PM | Pay: Copy Charge | Pay: 7/20/2022 12:21:56 PM - Copy Charge - 29 COPIES 07/12/2022 | Receivable Aggregate | ($2.90) | $15.71 | **$0.00** |
| 7/20/2022 12:21:56 PM | Copy Charge | 29 COPIES 07/12/2022 | Receivable Aggregate | $2.90 | $15.71 | **$2.90** |
| 7/20/2022 8:06:36 AM | Phone Card | #1968 P/C | Trust | ($20.00) | **$15.71** | $0.00 |
| 7/19/2022 7:24:10 AM | Commissary Sale | Commissary Purchase, Order Number : 38070 | Trust | ($74.96) | **$35.71** | $0.00 |

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/18/2022 1:21:35 PM | Withdrawal Check | 3:22-CV-529-JD-MGG | Trust | ($36.45) | **$110.67** | $0.00 |
| 7/18/2022 1:20:40 PM | Withdrawal Check | 3:22-CV-503-RLM-MGG | Trust | ($36.45) | **$147.12** | $0.00 |
| 7/18/2022 1:19:36 PM | Withdrawal Check | 3:22-CV-517-RLM-MGG | Trust | ($36.45) | **$183.57** | $0.00 |
| 7/18/2022 1:18:26 PM | Withdrawal Check | 3:22-CV-516-JD-MGG | Trust | ($36.45) | **$220.02** | $0.00 |
| 7/12/2022 12:02:23 PM | Pay: Copy Charge | Pay: 7/12/2022 12:02:23 PM - Copy Charge - 72 COPIES 07/07/2022 | Trust | ($7.20) | **$256.47** | $0.00 |
| 7/12/2022 12:02:23 PM | Pay: Copy Charge | Pay: 7/12/2022 12:02:23 PM - Copy Charge - 72 COPIES 07/07/2022 | Receivable Aggregate | ($7.20) | $263.67 | **$0.00** |
| 7/12/2022 12:02:23 PM | Copy Charge | 72 COPIES 07/07/2022 | Receivable Aggregate | $7.20 | $263.67 | **$7.20** |
| 7/12/2022 7:17:24 AM | Commissary Sale | Commissary Purchase, Order Number : 37665 | Trust | ($4.74) | **$263.67** | $0.00 |
| 7/8/2022 1:15:00 PM | Secure Deposit | Receipt: 87840950 | Trust | $52.00 | **$268.41** | $0.00 |
| 7/5/2022 7:47:20 AM | Commissary Sale | Commissary Purchase, Order Number : 37166 | Trust | ($74.16) | **$216.41** | $0.00 |
| 7/3/2022 12:07:54 PM | Phone Card | #1968 P/C | Trust | ($20.00) | **$290.57** | $0.00 |
| 6/30/2022 9:50:49 AM | Doctor Charge | VOID: DR/NURSE VISIT 05/12/2022 | Receivable Aggregate | ($15.00) | $310.57 | **$0.00** |
| 6/30/2022 9:50:49 AM | Pay: Doctor Charge | VOID: Pay: 5/16/2022 1:21:53 PM - Doctor Charge - DR/NURSE VISIT 05/12/2022 | Trust | $15.00 | **$310.57** | $15.00 |
| 6/30/2022 9:50:49 AM | Pay: Doctor Charge | VOID: Pay: 5/16/2022 1:21:53 PM - Doctor Charge - DR/NURSE VISIT 05/12/2022 | Receivable Aggregate | $15.00 | $295.57 | **$15.00** |
| 6/30/2022 7:31:49 AM | Pay: Copy Charge | Pay: 6/30/2022 7:31:49 AM - Copy Charge - 20 COPIES 06/21/2022 | Trust | ($2.00) | **$295.57** | $0.00 |
| 6/30/2022 7:31:49 AM | Pay: Copy Charge | Pay: 6/30/2022 7:31:49 AM - Copy Charge - 20 COPIES 06/21/2022 | Receivable Aggregate | ($2.00) | $297.57 | **$0.00** |
| 6/30/2022 7:31:49 AM | Copy Charge | 20 COPIES 06/21/2022 | Receivable Aggregate | $2.00 | $297.57 | **$2.00** |
| 6/30/2022 | Pay: Copy Charge | Pay: 6/30/2022 7:24:21 AM - Copy | Trust | ($8.00) | **$297.57** | $0.00 |

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 7:24:22 AM | | Charge - 80 COPIES 06/28/2022 | | | | |
| 6/30/2022 7:24:22 AM | Pay: Copy Charge | Pay: 6/30/2022 7:24:21 AM - Copy Charge - 80 COPIES 06/28/2022 | Receivable Aggregate | ($8.00) | $305.57 | **$0.00** |
| 6/30/2022 7:24:21 AM | Copy Charge | 80 COPIES 06/28/2022 | Receivable Aggregate | $8.00 | $305.57 | **$8.00** |
| 6/30/2022 7:21:55 AM | Pay: Copy Charge | Pay: 6/30/2022 7:21:55 AM - Copy Charge - 62 COPIES 06/10/2022 | Trust | ($6.20) | **$305.57** | $0.00 |
| 6/30/2022 7:21:55 AM | Pay: Copy Charge | Pay: 6/30/2022 7:21:55 AM - Copy Charge - 62 COPIES 06/10/2022 | Receivable Aggregate | ($6.20) | $311.77 | **$0.00** |
| 6/30/2022 7:21:55 AM | Copy Charge | 62 COPIES 06/10/2022 | Receivable Aggregate | $6.20 | $311.77 | **$6.20** |
| 6/29/2022 1:55:15 PM | Pay: Copy Charge | Pay: 6/29/2022 1:55:15 PM - Copy Charge - 80 COPIES 06/13/2022 | Trust | ($8.00) | **$311.77** | $0.00 |
| 6/29/2022 1:55:15 PM | Pay: Copy Charge | Pay: 6/29/2022 1:55:15 PM - Copy Charge - 80 COPIES 06/13/2022 | Receivable Aggregate | ($8.00) | $319.77 | **$0.00** |
| 6/29/2022 1:55:15 PM | Copy Charge | 80 COPIES 06/13/2022 | Receivable Aggregate | $8.00 | $319.77 | **$8.00** |
| 6/28/2022 7:23:22 AM | Commissary Sale | Commissary Purchase, Order Number : 36733 | Trust | ($22.95) | **$319.77** | $0.00 |
| 6/23/2022 8:20:57 PM | Secure Deposit | Receipt: 83334473 | Trust | $17.00 | **$342.72** | $0.00 |
| 6/22/2022 10:05:07 AM | Phone Card | #1968 P/C | Trust | ($20.00) | **$325.72** | $0.00 |
| 6/21/2022 7:15:36 AM | Commissary Sale | Commissary Purchase, Order Number : 36286 | Trust | ($25.23) | **$345.72** | $0.00 |
| 6/20/2022 9:43:49 AM | Pay: Miscellaneous Charge | Pay: 6/20/2022 9:43:49 AM - Miscellaneous Charge - charged 2 pens | Trust | ($1.10) | **$370.95** | $0.00 |
| 6/20/2022 9:43:49 AM | Pay: Miscellaneous Charge | Pay: 6/20/2022 9:43:49 AM - Miscellaneous Charge - charged 2 pens | Receivable Aggregate | ($1.10) | $372.05 | **$0.00** |
| 6/20/2022 9:43:49 AM | Miscellaneous Charge | charged 2 pens | Receivable Aggregate | $1.10 | $372.05 | **$1.10** |
| 6/17/2022 12:27:22 PM | Deposit Check | check | Trust | $85.00 | **$372.05** | $0.00 |
| 6/16/2022 4:32:29 PM | Secure Deposit | Receipt: 83426722 | Trust | $30.00 | **$287.05** | $0.00 |
| 6/15/2022 | Phone Card | #1968 P/C | Trust | ($20.00) | **$257.05** | $0.00 |

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 8:15:53 AM | | | | | | |
| 6/14/2022 7:14:36 AM | Commissary Sale | Commissary Purchase, Order Number : 35896 | Trust | ($32.12) | **$277.05** | $0.00 |
| 6/12/2022 12:34:31 PM | Phone Card | 1316PC | Trust | ($20.00) | **$309.17** | $0.00 |
| 6/10/2022 12:51:09 PM | Pay: Doctor Charge | Pay: 6/10/2022 12:51:09 PM - Doctor Charge - DOCTOR/NURSE VISIT 06/02/2022 | Trust | ($15.00) | **$329.17** | $0.00 |
| 6/10/2022 12:51:09 PM | Pay: Doctor Charge | Pay: 6/10/2022 12:51:09 PM - Doctor Charge - DOCTOR/NURSE VISIT 06/02/2022 | Receivable Aggregate | ($15.00) | $344.17 | **$0.00** |
| 6/10/2022 12:51:09 PM | Doctor Charge | DOCTOR/NURSE VISIT 06/02/2022 | Receivable Aggregate | $15.00 | $344.17 | **$15.00** |
| 6/9/2022 5:50:30 PM | Secure Deposit | Receipt: 77269568 | Trust | $20.00 | **$344.17** | $0.00 |
| 6/9/2022 9:36:28 AM | Pay: Copy Charge | Pay: 6/9/2022 9:36:28 AM - Copy Charge - 15 COPIES 06/01/2022 | Trust | ($1.50) | **$324.17** | $0.00 |
| 6/9/2022 9:36:28 AM | Pay: Copy Charge | Pay: 6/9/2022 9:36:28 AM - Copy Charge - 15 COPIES 06/01/2022 | Receivable Aggregate | ($1.50) | $325.67 | **$0.00** |
| 6/9/2022 9:36:28 AM | Copy Charge | 15 COPIES 06/01/2022 | Receivable Aggregate | $1.50 | $325.67 | **$1.50** |
| 6/9/2022 9:29:27 AM | Pay: Stamp Charge | Pay: 6/9/2022 9:29:27 AM - Stamp Charge - 10 STAMPS 06/07/2022 | Trust | ($5.70) | **$325.67** | $0.00 |
| 6/9/2022 9:29:27 AM | Pay: Stamp Charge | Pay: 6/9/2022 9:29:27 AM - Stamp Charge - 10 STAMPS 06/07/2022 | Receivable Aggregate | ($5.70) | $331.37 | **$0.00** |
| 6/9/2022 9:29:27 AM | Stamp Charge | 10 STAMPS 06/07/2022 | Receivable Aggregate | $5.70 | $331.37 | **$5.70** |
| 6/9/2022 9:28:51 AM | Pay: Envelope Charge | Pay: 6/9/2022 9:28:51 AM - Envelope Charge - 10 ENVELOPES 06/07/2022 | Trust | ($10.00) | **$331.37** | $0.00 |
| 6/9/2022 9:28:51 AM | Pay: Envelope Charge | Pay: 6/9/2022 9:28:51 AM - Envelope Charge - 10 ENVELOPES 06/07/2022 | Receivable Aggregate | ($10.00) | $341.37 | **$0.00** |
| 6/9/2022 9:28:51 AM | Envelope Charge | 10 ENVELOPES 06/07/2022 | Receivable Aggregate | $10.00 | $341.37 | **$10.00** |
| 6/9/2022 9:28:20 AM | Pay: Copy Charge | Pay: 6/9/2022 9:28:20 AM - Copy Charge - 75 COPIES 06/07/2022 | Trust | ($7.50) | **$341.37** | $0.00 |

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/9/2022 9:28:20 AM | Pay: Copy Charge | Pay: 6/9/2022 9:28:20 AM - Copy Charge - 75 COPIES 06/07/2022 | Receivable Aggregate | ($7.50) | $348.87 | **$0.00** |
| 6/9/2022 9:28:20 AM | Copy Charge | 75 COPIES 06/07/2022 | Receivable Aggregate | $7.50 | $348.87 | **$7.50** |
| 6/7/2022 7:22:09 AM | Commissary Sale | Commissary Purchase, Order Number : 35599 | Trust | ($74.26) | **$348.87** | $0.00 |
| 6/6/2022 6:45:29 PM | Secure Deposit | Receipt: 71268935 | Trust | $422.00 | **$423.13** | $0.00 |
| 5/27/2022 6:29:02 AM | Pay: Miscellaneous Charge | Pay: 5/27/2022 6:29:02 AM - Miscellaneous Charge - charged for 2 pens | Trust | ($1.10) | **$1.13** | $0.00 |
| 5/27/2022 6:29:02 AM | Pay: Miscellaneous Charge | Pay: 5/27/2022 6:29:02 AM - Miscellaneous Charge - charged for 2 pens | Receivable Aggregate | ($1.10) | $2.23 | **$0.00** |
| 5/27/2022 6:29:02 AM | Miscellaneous Charge | charged for 2 pens | Receivable Aggregate | $1.10 | $2.23 | **$1.10** |
| 5/26/2022 1:06:54 PM | Pay: Copy Charge | Pay: 5/26/2022 1:06:54 PM - Copy Charge - 1 COPY 05/25/2022 | Trust | ($0.10) | **$2.23** | $0.00 |
| 5/26/2022 1:06:54 PM | Pay: Copy Charge | Pay: 5/26/2022 1:06:54 PM - Copy Charge - 1 COPY 05/25/2022 | Receivable Aggregate | ($0.10) | $2.33 | **$0.00** |
| 5/26/2022 1:06:54 PM | Copy Charge | 1 COPY 05/25/2022 | Receivable Aggregate | $0.10 | $2.33 | **$0.10** |
| 5/25/2022 7:20:19 AM | Commissary Return | Commissary Auto-credit for order: 34439 out of stock items. | Trust | $1.68 | **$2.33** | $0.00 |
| 5/24/2022 7:14:57 AM | Commissary Sale | Commissary Purchase, Order Number : 34439 | Trust | ($63.73) | **$0.65** | $0.00 |
| 5/23/2022 10:52:23 AM | Pay: Miscellaneous Charge | Pay: 5/23/2022 10:52:23 AM - Miscellaneous Charge - charged 2 pens/1 spork | Trust | ($2.10) | **$64.38** | $0.00 |
| 5/23/2022 10:52:23 AM | Pay: Miscellaneous Charge | Pay: 5/23/2022 10:52:23 AM - Miscellaneous Charge - charged 2 pens/1 spork | Receivable Aggregate | ($2.10) | $66.48 | **$0.00** |
| 5/23/2022 10:52:23 AM | Miscellaneous Charge | charged 2 pens/1 spork | Receivable Aggregate | $2.10 | $66.48 | **$2.10** |
| 5/18/2022 7:19:48 AM | Commissary Return | Commissary Auto-credit for order: 34178 out of stock items. | Trust | $3.36 | **$66.48** | $0.00 |
| 5/17/2022 7:15:10 AM | Commissary Sale | Commissary Purchase, Order Number : 34178 | Trust | ($74.38) | **$63.12** | $0.00 |
| 5/16/2022 | Pay: Doctor Charge | Pay: 5/16/2022 1:21:53 PM - | Trust | ($15.00) | **$137.50** | $0.00 |

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:21:53 PM | | Doctor Charge - DR/NURSE VISIT 05/12/2022 | | | | |
| 5/16/2022 1:21:53 PM | Pay: Doctor Charge | Pay: 5/16/2022 1:21:53 PM - Doctor Charge - DR/NURSE VISIT 05/12/2022 | Receivable Aggregate | ($15.00) | $152.50 | **$0.00** |
| 5/16/2022 1:21:53 PM | Doctor Charge | DR/NURSE VISIT 05/12/2022 | Receivable Aggregate | $15.00 | $152.50 | **$15.00** |
| 5/9/2022 4:53:53 AM | Pay: Copy Charge | Pay: 1/19/2022 9:40:18 AM - Copy Charge - 13 COPIES | Trust | ($1.30) | **$152.50** | $0.00 |
| 5/9/2022 4:53:53 AM | Pay: Copy Charge | Pay: 1/19/2022 9:40:18 AM - Copy Charge - 13 COPIES | Receivable Aggregate | ($1.30) | $153.80 | **$0.00** |
| 5/9/2022 4:53:53 AM | Pay: Copy Charge | Pay: 1/19/2022 9:35:12 AM - Copy Charge - 12 COPIES | Trust | ($1.20) | **$153.80** | $1.30 |
| 5/9/2022 4:53:53 AM | Pay: Copy Charge | Pay: 1/19/2022 9:35:12 AM - Copy Charge - 12 COPIES | Receivable Aggregate | ($1.20) | $155.00 | **$1.30** |
| 5/9/2022 4:53:53 AM | Deposit Cash | NEW INTAKE | Trust | $155.00 | **$155.00** | $2.50 |
| 1/19/2022 9:40:18 AM | Copy Charge | 13 COPIES | Receivable Aggregate | $1.30 | $0.00 | **$2.50** |
| 1/19/2022 9:35:12 AM | Copy Charge | 12 COPIES | Receivable Aggregate | $1.20 | $0.00 | **$1.20** |
| 1/12/2022 12:25:20 PM | Withdrawal Debit Card | FINAL RELEASE | Trust | ($317.00) | **$0.00** | $0.00 |
| 1/7/2022 7:37:30 PM | Secure Deposit | Receipt: 63371906 | Trust | $317.00 | **$317.00** | $0.00 |
| 7/15/2021 10:43:11 PM | Withdrawal Debit Card | FINAL RELEASE | Trust | ($277.00) | **$0.00** | $0.00 |
| 7/15/2021 10:41:34 PM | Withdrawal Check | BOND PAYMENT FOR CARRUTHERS 71D081902CM000482 | Trust | ($100.00) | **$277.00** | $0.00 |
| 7/15/2021 10:39:23 PM | Withdrawal Check | BOND PAYMENT FOR 71D081902CM000630 | Trust | ($100.00) | **$377.00** | $0.00 |
| 7/15/2021 10:37:40 PM | Withdrawal Check | BOND PAYMENT FOR 71D052107CM001547 | Trust | ($250.00) | **$477.00** | $0.00 |
| 7/15/2021 6:39:38 PM | Secure Deposit | Receipt: 62747430 | Trust | $347.00 | **$727.00** | $0.00 |
| 7/15/2021 2:42:17 PM | Secure Deposit | Receipt: 66152538 | Trust | $100.00 | **$380.00** | $0.00 |

IN30175J 8/29/2022 09:25 AM

Update all pending cases 3:22-CV

# Resident Account Summary

All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/11/2021 6:14:45 PM | Secure Deposit | Receipt: 61745912 | Trust | $57.00 | **$280.00** | $0.00 |
| 7/7/2021 9:10:59 PM | Deposit Cash | NEW INTAKE | Trust | $223.00 | **$223.00** | $0.00 |
| 6/9/2021 7:10:27 PM | Withdrawal Debit Card | FINAL RELEASE | Trust | ($17.00) | **$0.00** | $0.00 |
| 6/9/2021 7:08:59 PM | Withdrawal Check | BOND PAYMENT FOR CARRUTHERS,ANTWAN | Trust | ($100.00) | **$17.00** | $0.00 |
| 6/9/2021 11:17:43 AM | Secure Deposit | Receipt: 57370769 | Trust | $102.00 | **$117.00** | $0.00 |
| 5/31/2021 12:44:42 PM | Pay: Indigent Package | Pay: 12/31/2019 8:10:13 AM - Prior Indigent Package - INDIGENT PKG | Trust | ($12.50) | **$15.00** | $0.00 |
| 5/31/2021 12:44:42 PM | Pay: Indigent Package | Pay: 12/31/2019 8:10:13 AM - Prior Indigent Package - INDIGENT PKG | Receivable Aggregate | ($12.50) | $27.50 | **$0.00** |
| 5/31/2021 12:44:42 PM | Pay: Indigent Package | Pay: 7/29/2019 12:48:40 PM - Prior Indigent Package - INDIGENT PKG | Trust | ($12.50) | **$27.50** | $12.50 |
| 5/31/2021 12:44:42 PM | Pay: Indigent Package | Pay: 7/29/2019 12:48:40 PM - Prior Indigent Package - INDIGENT PKG | Receivable Aggregate | ($12.50) | $40.00 | **$12.50** |
| 5/31/2021 12:44:42 PM | Deposit Cash | self intake/1345 | Trust | $40.00 | **$40.00** | $25.00 |
| 12/31/2019 8:10:13 AM | Prior Indigent Package | INDIGENT PKG | Receivable Aggregate | $12.50 | $0.00 | **$25.00** |
| 7/29/2019 12:48:40 PM | Prior Indigent Package | INDIGENT PKG | Receivable Aggregate | $12.50 | $0.00 | **$12.50** |